# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BILLY FERRELL MARTIN, II,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2893

[April 23, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 50-2012-CF-002779-AXXX-MB.

Billy Ferrell Martin, II, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***